UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUN'S MOTORCAR GROUP LLC, *et al*, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. H-04-4736 |
| QRS AUTO GROUP, INC, *et al*, | § § § | |
| Defendant. | § | |

### **FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case, QRS Auto Group, Inc. shall recover $32,525 from Sun's Motor Car Group, LLC and Tielin Sun, jointly. QRS Kaisi and China Wheels are ENJOINED from enforcing the "BZO" trademark against the plaintiffs. Interest is due on $32,525 at 6% from April 1, 2004 until paid. All other relief is Denied.

This is a Final Judgment.

SIGNED and ENTERED this 29th day of March, 2007.

_____
Kenneth M. Hoyt
United States District Judge